**Dismiss and Opinion Filed February 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00095-CV

### ANTHONY WILLIAMS, Appellant
### V.
### LISA WILLIAMS, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-18724**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Before the Court is appellant's January 27, 2015, motion to dismiss appeal. In his motion,

appellant states he no longer wishes to pursue this case. Accordingly, we grant his motion and

dismiss this appeal. TEX. R. APP. P. 42.1(a)(1).

150095F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY WILLIAMS, Appellant

No. 05-15-00095-CV     V.

LISA WILLIAMS, Appellee

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-14-18724.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill
participating.

Based on appellant's January 27, 2015, motion to dismiss his appeal, and in accordance
with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 2, 2015.